

**INGA L. PARSONS**
**CHRISTIAN URBANO\***
(of Counsel)
Attorneys at Law
3 Bessom St. No. 234
Marblehead, MA 01945

Admitted to MA\* NY WY
Federal Courts
U.S. Supreme Court

Tel: 781-581-2262
Fax: 888-406-9538
Cell: 781-910-1523

Inga@IngaParsonsLaw.com                    Christian@IngaParsonsLaw.com

May 5, 2020

Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
40 Centre Street
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/29/2020

Re: *United States v. Starlin Nunez, et. al.* 17 Cr. 438

Dear Judge Caproni:

I write this letter in response to Your Honor's May 1, 2020 endorsement of my request for approval of associate hours approving 50% pf the hours incurred by my associate, Christian Urbano as they "appeared excessive". I respectfully request that this Court reconsider that decision. In support of that request, I am attaching a declaration under oath submitted by Mr. Urbano and a number of redacted documents showing the nature and quality and extensiveness of his work.

Please let me know if you need any additional information.

Thank you for your time and consideration.

Respectfully submitted,

/s/ *Inga L. Parsons*

Inga L. Parsons

Cc:   Urbano, C.
      ECF

> Application GRANTED in part. The Court will approve 200 of Mr. Urbano's reported hours.

SO ORDERED.

*[signature]*

HON. VALERIE CAPRONI                    6/29/2020
UNITED STATES DISTRICT JUDGE

New York Office: 1790 Broadway Suite 710 New York NY 10019